UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARGRET NAKALEMBE and EDU ANTOINE,<br><br>                          Plaintiffs,<br>    v.<br><br>JOSEPH B. EDLOW, *et al*.,<br><br>                          Defendants. | Case No. 2:25-cv-01410-JHC<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER<br><br>Noted for Consideration:<br>September 4, 2025. |

Plaintiffs and Federal Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until January 7, 2026. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to schedule an interview and adjudicate their I-130 Petition for Alien Relative. Federal Defendants' response to the Complaint is currently due on September 29, 2025. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until January 7, 2026.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
AND ORDER
[Case No. 2:25-cv-01410-JHC] - 1

(1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS has scheduled Plaintiffs' interview for September 9, 2025. USCIS agrees to diligently work towards completing the adjudication within 120 days of the interview, absent unforeseen or exceptional circumstances that would require additional time for adjudication. If the adjudication is not completed within that time, USCIS will provide a status report to the Court. Plaintiffs will submit all supplemental documents and evidence, if any, to USCIS seven to ten days prior to the interview date. Plaintiffs recognize that failure to submit documents prior to the interview may require the interview to be rescheduled and the adjudication delayed. If needed, Plaintiffs will bring an interpreter to the interview, otherwise the interview will need to be rescheduled and the adjudication delayed. Once the application is adjudicated, Plaintiffs will dismiss the case with each party to bear their own litigation costs and attorneys' fees. Accordingly, the parties request this abeyance to allow USCIS to conduct Plaintiffs' interview and then process the Petition.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until January 7, 2026. The parties will submit a status update on or before January 7, 2026.

//

//

//

DATED this 4th day of September, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

*s/ Kristen R. Vogel*
KRISTEN R. VOGEL, NY No. 5195664
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4073
Email: kristen.vogel@usdoj.gov

*Attorneys for Federal Defendants*

I certify that this memorandum contains 397 words, in compliance with the Local Civil Rules.

*s/ Bart Klein*
BART KLEIN, WSBA No. 10909
LAW OFFICES OF BART KLEIN
605 First Avenue, #500
Seattle, Washington 98104
Phone: 206-624-3787
Fax:    206-238-9975
Email: bart.klein@bartklein.com

*Attorney for Plaintiffs*

**ORDER**

The case is held in abeyance until January 7, 2026. The parties shall submit a status update on or before January 7, 2026.

It is so **ORDERED**.

DATED this 4th day of September, 2025.

                                                  _____
                                                  JOHN H. CHUN
                                                  United States District Judge